## UNITED STATES BANKRUPTCY COURT
### Western District of Illinois

IN RE:                                                  CHAPTER 13

JOHN P. RICH                                            CASE NO.  07-70173

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor: HOMECOMINGS FINANCIAL**        Court claim #: **(if known)**        1

**Last four digits** of any number used to identify the debtor's account: 6 7 9 3

---

*Final Cure Amount*

Amount of Prepetition Arrears          $14,325.77

Amount Paid by Trustee                 $14,325.77

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐       Thru the Chapter 13 Plan              ☒       Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  3/1/2012                       /s/Lydia S. Meyer
                                       Lydia S. Meyer, Trustee
                                       308 W. State St., Suite 212
                                       Rockford, IL  61101

Certificate of Service

        I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 1st Day of March, 2012.

Dated: 3/1/2012                        /s/Cynthia K. Burnard

HOMECOMINGS FINANCIAL
ATTN: MAIL CODE 507-345-110
3451 HAMMOND AVE
WATERLOO, IA 50702

PIERCE AND ASSOCIATES
ATTORNEYS AT LAW
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

HOMECOMINGS FINANCIAL
2711 N. HASKELL AVE., SW 1
DALLAS, TX  75204

JOHN P. RICH
109 W. DIGGINS STREET
HARVARD, IL  60033

MACEY BANKRUPTCY LAW, PC
WILSON TOWER
233 S. WACKER DR., SUITE 5150
CHICAGO, IL  60606